IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY COOPER,

      Plaintiff,                    No. CIV S-10-1057 GEB DAD P

    vs.

KAUR et al.,

      Defendants.           ORDER

_____/

        Defendants have filed a motion for summary judgment relying in part on plaintiff's deposition testimony. Although defense counsel has filed a notice of lodging of plaintiff's deposition with the court, the court has not actually received a copy of plaintiff's deposition transcript.

        Good cause appearing, IT IS HEREBY ORDERED that within seven days of the date of this order defendants shall lodge a copy of plaintiff's deposition transcript with the court. See Local Rule 133(j).

DATED: August 4, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
coop1057.depo

1