IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY COOPER,

        Plaintiff,                              No. CIV S-10-1057 GEB DAD P

    vs.

KAUR, et al.,

        Defendants.                      ORDER

_____/

        On June 15, 2011, the Magistrate Judge issued an order denying appointment of counsel. On January 11, 2012, plaintiff filed a motion for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of June 15, 2011, is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (Doc. No. 57) is denied.

Dated: January 18, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge