1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TROY COOPER,

11          Plaintiff,                    No. 2:10-cv-1057 GEB DAD P

12       vs.

13   KAUR, et al.,

14          Defendants.               ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On June 4, 2012, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2              1.  The findings and recommendations filed June 4, 2012, are adopted in full;

3              2.  Defendant Naku's motion for summary judgment (Doc. No. 64) is granted;

4              3. Defendant Naku is dismissed from this action; and

5              4. This matter is referred back to the Magistrate Judge for further proceedings

6    with respect to plaintiff's claims against defendant Dr. Chen.

7    Dated:  July 2, 2012

8

9    _____
     GARLAND E. BURRELL, JR.
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26