IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY COOPER,

      Plaintiff,                    No. 2:10-cv-1057 GEB DAD P

    vs.

KAUR, et al.,

      Defendants.            <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 4, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 4, 2012, are adopted in full;

2. Defendant Naku's motion for summary judgment (Doc. No. 64) is granted;

3. Defendant Naku is dismissed from this action; and

4. This matter is referred back to the Magistrate Judge for further proceedings with respect to plaintiff's claims against defendant Dr. Chen.

Dated: July 2, 2012

GARLAND E. BURRELL, JR.
United States District Judge