UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TROY COOPER,

        Plaintiff,                          No. 2:10-cv-1057 DAD P

    vs.

KAUR, et al.,                           **ORDER & WRIT OF HABEAS CORPUS**
                                                **AD TESTIFICANDUM**

        Defendants.
_____/

        Troy Cooper, CDCR #A-84763, a necessary and material witness in a settlement conference in this case on January 17, 2013, is confined in California Medical Facility, 1600 California Drive, Vacaville, California 95696, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on January 17, 2013 at 1:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Medical Facility, P. O. Box 2000, Vacaville, California 95696:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 17, 2012.

                                                              _/s/ Dale A. Drozd_
                                                              DALE A. DROZD
DAD:dpw                                                UNITED STATES MAGISTRATE JUDGE
coop1057.841