UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COOPER,<br><br>            Plaintiff,<br><br>      v.<br><br>YUEN CHEN, M.D.,<br><br>            Defendants. | No.  2:10-cv-1057 DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. Following a jury trial, this court entered judgment for defendant Chen on October 17, 2013. Plaintiff filed a notice of appeal and has since filed several requests with this court seeking a trial transcript at government expense.

If the court has granted a litigant in forma pauperis status, the litigant may request to have transcripts produced at government expense. The court must consider two statutes in ruling on such a request. First, 28 U.S.C. § 1915(c) defines the limited circumstances under which the court can direct the government to pay for transcripts for a litigant proceeding in forma pauperis as follows:

> Upon the filing of an affidavit in accordance with subsections (a) and (b) and the prepayment of any partial filing fee as may be required under subsection (b), the court may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by the

1

appellate court; (2) preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code; and (3) printing the record on appeal if such printing is required by the appellate court, in the case of proceedings conducted pursuant to section 636(c) of this title. Such expenses shall be paid when authorized by the Director of the Administrative Office of the United States Courts.

28 U.S.C. § 1915(c). Second, 28 U.S.C. § 753(f) allows the court to order the government to pay for transcripts only if "the trial judge or a circuit judge certifies that the suit or appeal is not frivolous." A request for a transcript at government expense should not be granted unless "the appeal presents a substantial issue." <u>Henderson v. United States</u>, 734 F.2d 483, 484 (9th Cir.1984).

In this case, the Ninth Circuit Court of Appeals has not indicated that the printing of all or part of the record, including transcripts, is required in this case. In addition, plaintiff has not identified the basis of his appeal or explained how the transcripts will assist him on the specific claims to be raised in his appeal. As such, the court cannot find that plaintiff's appeal presents any "substantial issue."

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for the trial transcripts at government expense (Doc. Nos. 140-142) are denied. Plaintiff may renew his request for the trial transcripts at government expense with the Ninth Circuit by filing a motion in that court if he wishes.

Dated: February 10, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
coop1057.trans